## First Department, June, 1938.
### (June 3, 1938.)

Martin Rothschild, Respondent, v. Manufacturers Trust Company, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents on the ground that the contract alleged is unenforcible, being contrary to public policy. (*Westchester Trust Co.* v. *Harrison*, 249 App. Div. 828.) [See *post*, p. 845.]

The Continental Bank & Trust Company of New York, as Successor Trustee, etc., Respondent, v. Majestic Hotel Corporation and Others, Defendants; Louis F. Schultze, as Receiver of S. W. Straus & Co., Inc., Defendant, Appellant; Real Estate Bondholders' Committee, Intervenor, Ethel Quick, Intervenor, Respondents.— Judgment unanimously affirmed, with costs to the respondents, The Continental Bank & Trust Company of New York and the Real Estate Bondholders' Committee. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

Sam Sesky, Respondent, v. Jolrane Realty Corp., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ. [166 Misc. 564.]

The People of the State of New York, Respondent, v. Angelo Macari, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

The People of the State of New York, on Complaint of John L. Goeckler, Respondent, v. Kramer Markets, Inc., Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

David Reiss, Respondent, v. Sutphen Estates, Inc., and Another, Defendants, Impleaded with Stanley Mark Strand Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

N. Nelson Keen and Arthur W. Rinke, Respondents, v. Gerard P. Tameling, Appellant.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

Lilly L. Dennis, Appellant, v. Louis S. Ottimer, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Untermyer, Cohn and Callahan, JJ.

Irving Fajans, Appellant, v. R. H. Macy & Co., Inc., Respondent.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [Affg. 165 Misc. 100, which revd. 163 id. 182.]